PRENTICE R. THOMAS 2225682
Name and Prisoner/Booking Number

FRESNO COUNTY JAIL
Place of Confinement

P.O. BOX 872
Mailing Address

FRESNO C.A. 93712
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
NOV 18 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

PRENTICE R. THOMAS,
(Full Name of Plaintiff)  Plaintiff,

v.

(1) LILY HITCHNER M.D. Community Regional Medical Center,
(Full Name of Defendant)

(2) SHERIFF OFFICER, B. Weaver #11520,

(3) PONCE, ADRIANA (P1716) F.P.D.,

(4) JUSTIN, GARCIA (P2019) F.P.D.
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:22-cv-01492-BAM (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

RECEIVED
NOV 18 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☒ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____

2. Institution/city where violation occurred: FRESNO COUNTY JAIL FRESNO CALIFORNIA

## B. DEFENDANTS

1. Name of first Defendant: __B. Weaver #1520__. The first Defendant is employed as: __Officers__ at __Fresno County Sheriff Office__.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: __Justin Garcia__. The second Defendant is employed as: __Fresno Police Officer (P2019)__ at __Fresno Police Department__.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: __Adriana Ponce__. The third Defendant is employed as: __Fresno Police Officer (P1716)__ at __Fresno Police Department__.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: __Lily Hitchner__. The fourth Defendant is employed as: __M.D.__ at __C.R.M.C__.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __Due Process Rights__

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 09-06-22 while Prentice R. Thomas was in the custody of B. Weaver an Fresno County Sheriff Officer Weaver #11520 ordered an Registered Nurse of C.R.M.C. to assault Prentice, when this R.N. tackled Thomas his actions caused Prentice Thomas to hit his head on the hospital floor an severely injured his back an caused mobility issues. Thomas also has a hard time sleeping because of the nightmares from the assault an can not hold his body fluids while he is sleeping "wets the bed". Thomas also has not been able to receive a erection because of the actions of the Registered Nurses assault.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   By this office order or the R.N. to assault Thomas, he has mobility issues an is unable to control body functions while Thomas sleeps.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Prentice R. Thomas filed a citizens complaint.__

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <u>Rights To medical care.</u>

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 8.30.22 Prentice R. Thomas was brought to Emergency Thomas complained of pain mostly caused by Excessive Force by Officer Lily Whitcher As a witness and a mandated reporter did nothing to help Thomas. 30 min after Thomas left Community Regional Med Center he was brough back only to be admitted in to the hospital as a patient on the 9th Floor Room 918. Prentice Thomas was brough back to C.R.M.C. after he was given 3 cans of Narcane after being found non responsive by the Fresno County Jail Sheriff Officers. On 09.08.22 I was Released From C.R.M.C. with a treatment plan that has not been followed up by the Fresno County jail medical staff "well path" and on 09.08.22 I was assaulted by an Registered Nurse of C.R.M.C. The R.N. is the same R.N. that was to care for my medical needs while I was an in patient on the 9th Floor 918. on 09.08.22 on the 2nd Floor He tackled Prentice R. Thomas and caused Thomas immense back pain and mobility issues.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Because Lily H did not take time to fully care for her patient Prentice Thomas. 30 mins after Thomas was forced to leave C.R.M.C He was found dead in a holding cell at the Fresno County Jail.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>I filed a claim. my claim # CA008 08845</u>

# CLAIM III

1. State the constitutional or other federal civil right that was violated: __Due Process Rights__

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On the date of 08-30-22 Prentice R. Thomas was assaulted at C.R.M.C. by Justin Garcia P2019 an officer Adrian Police P1716 while Thomas was stateing to medical staff an officer that he was haveing chess pain, an pain to left side of his body officer ___ took a truns applieing pressuer pionts holds on Thomas neck an other areas. Officer forced Thome to leave Community Regional Medical Center only to return 30 mins later new responsive. Community Regional Med Center staff could not take Prentice Thomas blood pressuer an other vitals because of Fresno Police officers were crowding around Thomas bed side, this made it unable for medical staff to do there job effectivly.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Thomas. P has nerve damage to left side of body.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Prentice Thomas Filed an Citizen Complaint with the Fresno Police Department__

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5


## E. REQUEST FOR RELIEF

State the relief you are seeking:
_____
_____
_____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11-11-2022__                              __Prentice R. Thomas__
                    DATE                                  SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

11-11-22

To WHOM IT MAY CONCERN

ON 11-11-22 I PRENTICE R. THOMAS WIll Be FIleING A CIVIL ACTION IN THE UNITED STATES DISTRICT COURTS EASTERN DISTRICT OF CALIFORNIA AT THIS TIme I AM ASKING FOR THE COURTS To let me FIle WITH APPLICATION TO PROCEED WITHOUT PREPAYment OF FEES AND AFFIDAVIT. BUT AFTER THE FRIST MONTH AFTER MY FIlEING TAKE 20 PERCENT OF MY moNeY WHEN IT is SENT TO MY ACCOUNT. I AM A VICTIM OF RePRISAl BY JAIl STAFF AN I CAN NOT Receive MY TRUST ACOUNT STATMENT AS REQUESTED BY THE COURT, BUT I CAN PROVIDE THE COURTS WITH MY lAST CANTeeN ReciePT To SHOW MY BAlANCe. $1.35 PREVIOUS $11.21

MY AREST dATe WAS 8-30-22

THANK YoU FOR YOUR TIme And ATTENTION

ReSPECTFUllY PRENTICE THOMAS

```
JO20D14                   F
                                                              10/11/2022
                                                               7:11:01 AM
                          CANTEENOFFRESNO
                          FRESNOCOUNTYJAIL
                             Pick List
      Name: PRENTICE THOMAS
Inv. Date: 10/11/2022                           Invoice: 5983248
      Id: 1202598    Module: AJO20D14           Serial #: 000005
==================================================================
  Qty    Item                        Code #      Price      Amount
==================================================================
   1    COFFEE 10 PK COFFEE 10 PK      222        $3.29      $3.29
        1

   1    FOLGERS 7 PK-KVH               223        $3.49      $3.49
        1

   1    BUTTERSCOTCH-V                 314        $1.69      $1.69
        1

   1    FLAMIN HOT CHEETOS             614        $1.39      $1.39
        1
------------------------------------------------------------------
   4
              Previous Balance:    $11.21    Base Sale:      $9.86
                   New Balance:     $1.35    Debitek:        $0.00
                                             Tax:            $0.00
                                             Total:          $9.86
------------------------------------------------------------------
gnature: _____
  SIGNATURE ON THIS PICK LIST INDICATES I HAVE RECEIVED ALL PRODUCT
STED ABOVE.

ror Transactions:
==================================================================
ty   Item                          Code #   Reason
==================================================================
 1   FLAMIN HOT CHEETOS              614    Insufficient Funds
```

Page 1

Name PRENTICE THOMAS 1202598 PRO SE
Street Address P.O. BOX 872
City and County FRESNO
State and Zip Code CALIFORNIA
Telephone Number 559-213-2365

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

PRENTICE R. THOMAS PRO SE

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

COMMUNITY·REGIONAL·MEDICAL CENTER
LILY HITCHIVER ·ADRIANA PONCE ·P1716
JUSTIN GARCIA P2019 · B. WEAVER #11520

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
             *(check one)*

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: PRenTice R. THomAs 1202598 Pro Se
   Street Address: P.O. Box 872
   City and County: Fresno
   State and Zip Code: California
   Telephone Number: 559-213-2365

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: B. Weaver #11520
   Job or Title (if known): Fresno County Sheriff Officer
   Street Address: 2200 Fresno Street
   City and County: Fresno California
   State and Zip Code: California 93717
   Telephone Number:

   Defendant No. 2
   Name: Community Regional Medical Center
   Job or Title (if known): Lily Hitchner M.D.
   Street Address: 2823 Fresno St
   City and County: Fresno California
   State and Zip Code: 93721
   Telephone Number: 559-459-2930

2

Defendant No. 3

Name: GARCIA JUSTIN (P2019)
Job or Title (if known): Police Officer
Street Address: 2323 MARIPOSA STREET #2075
City and County: FRESNO C.A.
State and Zip Code: CALIFORNIA 93721
Telephone Number:

Defendant No. 4

Name: ADRIANA PONCE (P1716)
Job or Title (if known): Police Officer
Street Address: 2323 MARIPOSA STREET #2075
City and County: FRESNO
State and Zip Code: CALIFORNIA 93721
Telephone Number:

II. **Basis for Jurisdiction**

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☐ Federal question       ☒ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) _PRENTICE R. THOMAS_ *Pro se*, is a citizen of the State of (name) _ARIZONA_.

    b. If the plaintiff is a corporation

    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) _JUSTIN GARCIA (P2019)_ is a citizen of the State of (name) _CALIFORNIA_. Or is a citizen of (foreign nation) _____.

4

(pg 16)

1. THE DEFENDANT, (NAME) ADRIANA PONCE, is
2. INCORPORATED UNDER THE LAWS OF THE STATE OF
3. CALIFORNIA, AND HAS ITS PRINCIPAL PLACE OF
4. BUSINESS IN THE STATE OF (NAME) CALIFORNIA , OR IS
5. INCORPORATED UNDER THE LAWS OF (FOREIGN NATION)
6. _____ AND HAS ITS PRINCIPAL PLACE OF
7. BUSINESS IN (NAME) _____.

10. THE DEFENDANT, (NAME) B. WEAVER #11520, is
11. INCORPORATED UNDER THE LAWS OF THE STATE OF
12. CALIFORNIA AND HAVE ITS PRINCIPAL PLACE OF
13. BUSINESS IN THE STATE OF (NAME) CALIFORNIA , OR IS
14. INCORPORATED UNDER THE LAWS OF (FOREIGN NATION)
15. _____ AND HAS ITS PRINCIPAL PLACE OF
16. BUSINESS IN (NAME) _____.

THE DEFENDANTS

4.A

b. If the defendant is a corporation

The defendant, (name) **Lily Hitchner** (C.R.M.C), is incorporated under the laws of the State of (name) **California**, and has its principal place of business in the State of (name) **California**. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

**The plaintiff is requesting an award of 2.5 million for punitive and actual damages.**

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**On 09.8.22 while in the custody of sheriff officer B. Weaver 11520 Prentice R. Thomas was assaulted by a registered nurse on the 2nd floor of C.R.M.C. in Fresno. Thomas blacked out from hitting his head on the floor of the hospital and also has back pain from attack.**

5

STATEMENT OF CLAIM / FRESNO P.D. EXCESSIVE FORCE

ON 8-30-22 PRENTICE R. THOMAS WAS ARESTED BY JUSTIN GARCIA P2019 AN ADRIANA PONCE P1116 OF THE FRESNO POLICE DEPARRTMENT. OFFICES USED EXCESSIVE FORCE BY DUBBIE TAZEING PRENTICE THOMAS AN WOULD NOT LET HOSPITAL STAFF TAKE THOMAS BLOOD PRESSHER AND OTHER VITALS BY CROWEDING AROUND THOMAS HOSPITAL BAD. WHILE THOMAS WAS HAVEING CHEST PAIN AN NO FEELING TO THE LEFT LEG AN ARM OFFICERS FORCED THOMAS TO LEAVE THE EMERGENCY ROOM ONLY TO HAVE THE FRESNO COUNTY JAIL STAFF TO BRING THOMAS BACK 30 MINS OR SO LATER, JAIL STAFF ALSO HAD TO GIVE PRENTICE THOMAS 3 NARCANE SPRAYS TO BRING THOMAS BACK TO LIFE. AFTER OFFICERS FROM THE FRESNO P.D. TOOK THOMAS FROM THE EMERGENCY ROOM THESE SAME OFFICERS TOOK TRUNS APLIYING PRESHER PIONT HOLDS WHILE THOMAS WAS CONPLAINING OF CHEST PAIN AN NOT HAVEING FEELING TO LEFT SIDE OF HIS BODY.

5-A

STATEMENT OF CLAIM / LILY.H. COMMUNITY RIGIONAL med ON 8·30·22· PRENTICE R. THOMAS WAS BROUGH TO COMMUNITY REGIONAL MEDICAL CENTER BY FRESNO P.D. FOR BEING DUBBLE TAZED AND FOR HAVING CHESS PAIN. MOST OF THOMAS PAIN WAS CAUSE BY EXCESSIVE FORCE BY OFFICERS. LILY HITCHNER STOOD BY AS A WITNESS AND A MANDATED REPORTER, AS OFFICERS CROWED AROUND PRENTICE R. THOMAS HOSPITAL BAD STOPING HOSPITAL STAFF FROM TAKEING THOMAS BLOOD PRESSHER AN OTHER VITALS. LILY.H. Released PRENTICE THOMAS AN 30 MINS OR SO P. THOMAS WAS BROUGH BACK TO C.R.M.C NUN RESPONSIVE. THOMAS HAD TO BE ATMEETED INTO C.R.M.C TO THE 9TH FLOOR Room 918. JAIL STAFF HAD TO GIVE THOME 3 CANS OF NARCANE TO BRING THOMAS BACK TO LIFE.

5. B

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Every since the day of the assault by the Registered Nurse of the C.R.M.C Thomas, P has nightmares of the assault, is unable to hold his body fluids while sleeping, has severe back pain, is unable to get an erection "Limp Dick" and is now mobility impaired with a drop foot.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 18, 2022.

Signature of Plaintiff   Prentice R. Thomas  Pro Se
Printed Name of Plaintiff   Prentice R. Thomas  Pro Se

6

## REQUEST FOR RELIEF

ON 8.30.2022 ON THE HOSPITAL GROUNDS OF C.R.M.C FRESNO P.D. OFFICERS JUSTIN GARCIA (P2019) AND OFFICER ADRIAIANA PONCE (P1716) USED EXCESSIVE FORCE ON PRENTICE R. THOMAS, OFFICE WOULD NOT LET THOMAS BE SEEN BY MED STAFF OF C.R.M.C. BECAUSE OF THESE ACTION OF FRESNO P.D. THOMAS LATER DIED IN A HOLDING CELL OF THE FRESNO COUNTY JAIL.
FOR PUNITIVE DAMAGES THE PLAINTIFF IS ASKING $1.million AND AND FOR ACTUAL DAMAGES FROM EXCESSIVE FORCE THE PLAINTIFF ASK THE COURTS TO AWORD $100.000 FOR NERVE DAMAGE FROM EXCESSIVE FORCE. OFFICERS ALSO TOOK $500.00 AT THE TIME OF AREST THAT THOMAS WANTS RETRUNED. I AM REQUESTING A TRIAL BY JURY.

ON 8.30.22 THOMAS WAS BROUGH TO C.R.M.C EMERGENCY FOR BEING TAZED MUTIPLE TIMES AT ONCE BY FRESNO P.D. AN FOR HAVEING CHEST PAINS AS A MANDATED REPORTER LILY.H. AS AN WITNESS TO THE EXCESSIVE FORCE DID NOT ADRESS PRENTICE R. THOMAS MEDICAL NEEDS WITH CARE ASS M.D. SHOULD BECAUSE OF THESE ACTIONS P.THOMAS LATER DIED IN A FRESNO COUNTY JAIL HOLDING CELL. FOR THOSE ACTIONS THE PLAINTIFF IS ASKWG THE COURTS TO AWORD $1.million FOR THE DEATH OF THOMAS FOR THE ACTIONS OF C.R.M.C. I AM REQUESTING TRIAL BY JURY.

ON 09.08.22 S.O. B. WEAVER #11520 AN OFFICER HERROW OLLER AN R.N. OF C.R.M.C TO ASSAULT PRENTICE R.THOMAS ON THE 2nd FLOOR OF C.R.M.C. THOMAS HAS SEVERE BACK PAIN, AN CAN NOT HOLD HIS BODY Fluids WHILE HE SLEEP. AN ALSO HAS A DROP FOOT AN MOBILITY ISSUES FROM THIS R.N. ASSAULT. THE PLAINTIFF IS ASKING FOR PUNITIVE DAMAGES FROM THE COURT OF $700.000 AN ACTUAL DAMAGES OF $200.000 FROM THE S.O. DEPARTMENT. FOR EXCESSIVE FORCE. I AM REQUESTING A TRIAL BY JURY.

G/A.