# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE R. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. WEAVER, et al.,<br><br>　　　　　Defendants. | 1:22-cv-01492-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Prentice R. Thomas, a county jail inmate proceeding *pro se*, filed this civil action on November 18, 2022, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) However, Plaintiff's form application to proceed *in forma pauperis* is not complete. Plaintiff's application does not contain a certification from the institution of incarceration detailing Plaintiff's account information, nor does it include a trust account statement. (Doc. 2.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. Plaintiff's application should include the required certification and/or trust account statement;

1

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **November 28, 2022**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE