# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE R. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. WEAVER, et al.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-01492-BAM<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br>(Docs. 2, 7)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY JAIL |

  Plaintiff Prentice R. Thomas ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action.

  On November 18, 2022, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2.)  On November 29, 2022, the Court issued its Order Requiring Plaintiff to File Completed Application to Proceed *In Forma Pauperis* or Pay Filing Fee Within Thirty-Days, noting that Plaintiff's motion did not contain a certification from the institution of incarceration detailing Plaintiff's account information, nor did it include a trust account statement.  (Doc. 5.)  On December 9, 2022, Plaintiff re-filed a motion to proceed *in forma pauperis* together with a certification from the Fresno County Jail and statement of his inmate account at the Fresno County Jail.  (Doc. 7.)  Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly

payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account.  Fresno County Jail is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (Docs. 2, 7), is GRANTED;

**2.  The Sheriff of Fresno County Jail or his or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Sheriff of the Fresno County Jail, via the Court's electronic case filing system (CM/ECF); and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **December 12, 2022**              /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE