Plaintiff's Name: Prentice R. Thomas
Inmate No. 1202598 / 2225682
Address P.O. Box 872 Fresno
California 93712

FILED
JAN 05 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Prentice Ray Thomas
(Name of Plaintiff)

1:22-CV-01492-BAM
(Case Number)

1ST AMENDED CIVIL RIGHTS COMPLAINT UNDER:

VS.

Prentice Ray Thomas

☒ 42 U.S.C. 1983 (State Prisoner)

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

Fresno Police Department

RECEIVED
JAN 05 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Community Regional Med Center
(Names of all Defendants)

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

   A. Have you brought any other lawsuits while a prisoner? Yes____ No ✓

   B. If your answer to A is yes, how many? _____

   Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

   1. Parties to this previous lawsuit:

   Plaintiff _____

   Defendants _____

   _____

   2. Court (if Federal Court, give name of District; if State Court, give name of County)

   _____

   3. Docket Number _____    4. Assigned Judge _____

   5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

   _____

B. Name JUSTIN GARCIA (P2019) is employed as AN OFFICER OF FRESNO POLICE DEPARTMENT

Current Address/Place of Employment 2323 MARIPOSA ST, FRESNO, CA. 93721

C. Name ADRIANA PONCE (P1716) is employed as AN OFFICER OF FRESNO POLICE DEPARTMENT

Current Address/Place of Employment 2323 MARIPOSA ST, FRESNO, CA. 93721

D. Name LILY HITCHNER is employed as A MEDICAL DOCTOR @ C.R.M.C.

Current Address/Place of Employment 2823 FRESNO ST, FRESNO, CA. 93721

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Right to Adequate Medical Care, Freedom From Cruel and unusual punishment, Gross negligence Causing Severe injury, Medical Malpractice.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

ON 08.30.22 Lily Hitchner a M.D. @ C.R.M.C. was working in the Emergency Room, when I Prentice Thomas was transported in Custody by Fresno P.d. Officers Justin Garcia P2019 and Adriana Ponce P1716 for Medical evaluation for chest pain and other injuries sustained during arrest and transport. Lily Hitach Administered a lethal dose of Nitro Glycerin

Which having no medical history or prior contact with myself was negligent in her diagnosis/administration of the Nitroglycerin. Officer Garcia and officer Ponce hindered my medical evaluation and proper diagnosis and immediatly transported me to Fresno County Jail where Fresno County Sheriff deputies found me unresponsive in a Holding Cell. I was then Re-transported back to C.R.M.C. and admitted to the Hospital where Ms Hitchner failed to disclose her administering of a nitroglycerin which contributed to my being found unresponsive in A Holding Cell.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Access to Adequate Medical Care, Freedom from Cruel and unusual punishment.

**Supporting Facts** (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

Officer Justin Garcia (p2019) of Fresno P.d. Along with Officer Adriana Ponce (p1716) hindered my Medical Evaluation by not Allowing me to communicate with Medical Staff and by being Hostile toward the Medical Staff Rude and unprofessional, Causing cruel and unusual punishment in the Form of Retaliation/Reprisal in the administering of a nitroglycerin. Derelection of Duties causing severe injury.

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Because of the Direct Harmful level of Care by Lily Hitchner plaintiff is seeking a Judgement of One Million Dollars $1,000,000
For Officers Violation of my Civil Rights plaintiff is Also Seeking A Judgement of One Million Dollars $1,000,000.
*Please note plaintiff is A detainee in Fresno County Jail...

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12-27-22     Signature of Plaintiff: Prentice R. Thomas

(Revised 4/4/14)

6. Filing Date (approx.) 12-2-22    7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes √    No ____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes ____    No √

C. Is the process completed?

Yes √    If your answer is yes, briefly explain what happened at each level.

Pro Se Prentice has filed an complaint with the Department of Public Heath for the action of C.R.M.C case # CA-00808845 and for the action of the Fresno Police Department a complaint has be filed with Internal Affairs IA# 2022-0103

No ____    If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name Community Regiona med is employed as C.R.M.C.
Current Address/Place of Employment 2823 Fresno Street Fresno CA. 93721